**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANACONDA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. |
| | ) | |
| v. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| ALIBABA GROUP HOLDING LIMITED, ALIBABA CLOUD (SINGAPORE) PRIVATE LIMITED, and ALIBABA CLOUD US LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>COMPLAINT</u>**

Plaintiff Anaconda, Inc. ("Anaconda"), alleges the following against Defendants Alibaba Group Holding Limited ("AGHL"), Alibaba Cloud (Singapore) Private Limited ("AliCloud Singapore"), and Alibaba Cloud US LLC ("AliCloud US") (collectively, "Alibaba" or the "Alibaba Defendants").

**NATURE OF THE ACTION**

1. This is a case about one of the world's largest technology companies deciding that the rules every other large enterprise follows did not apply to it. Rather than pay for a license to Anaconda's copyrighted software, or invest in building its own, Alibaba simply copied Anaconda's work into its own mirror sites, repackaged it into Alibaba Cloud products, and gained customers, all without paying Anaconda.

2. Anaconda brings this action for copyright infringement under 17 U.S.C. § 101, *et seq.*, and for breach of contract, to stop Alibaba's unauthorized reproduction, development of derivative works, and distribution of Anaconda's copyrighted and proprietary software, including the Anaconda Distribution and Anaconda's associated conda-compatible packages (collectively, "Anaconda Software"), and to recover just compensation.

3. Anaconda solved a problem that once consumed data scientists' time. Modern data science, machine learning, and artificial intelligence ("AI") work runs on thousands of open-source software "packages," written by different contributors, updated on different schedules, and frequently incompatible with one another. Anaconda's engineers spent years creating, testing, and maintaining more than 8,000 conda-compatible packages that install and run together reliably. The Anaconda Software, which brings together hundreds of the most widely used of those packages, is registered with the U.S. Copyright Office.

4. Individuals, small businesses, small non-profit organizations, and researchers at accredited universities may use the Anaconda Software for free. Use for commercial purposes by large organizations, however, requires a paid license. Under Anaconda's Terms of Service, any for-profit organization with "more than 200 total employees or contractors (including all Affiliates)" must pay for a license. Further, embedding the Anaconda Software in products or services offered to third parties requires an additional Embedding license at cost. The Terms of Service also prohibit users from mirroring Anaconda Software without authorization and from sublicensing or distributing it to anyone other than the licensee's own users.

5. Alibaba is exactly the kind of enterprise that must pay. AGHL and its subsidiaries in the Alibaba Group, including AliCloud US and AliCloud Singapore, together are one of the world's largest technology and cloud-computing businesses, with far more than 200 employees and contractors. But instead of taking a license for a fee, the Alibaba Defendants copied Anaconda's repositories into publicly accessible Alibaba-branded mirror sites, including mirrors.aliyun.com/anaconda and developer.aliyun.com/mirror/anaconda. They used the Anaconda Software to develop Alibaba software offerings and preinstalled Anaconda Software in Alibaba Cloud products, which AliCloud US has sold to customers in the United States. They also

instructed Alibaba Cloud customers to install and use Anaconda Software on Alibaba Cloud's Elastic Compute Service. Anaconda's investigation has identified more than 800 distinct IP addresses since March 31, 2024, attributable to Alibaba that accessed the Anaconda Software, all without a license and without paying Anaconda anything.

6. Anaconda tried to resolve this without litigation. Since early 2024, it has notified Alibaba of its unauthorized use, entered into a tolling agreement, and engaged in settlement discussions in good faith. None of it stopped Alibaba. Anaconda therefore brings this action to put an end to Alibaba's knowing and willful infringement and breaches of Anaconda's agreements, and to protect Anaconda's intellectual property and business from further harm.

## PARTIES

7. Plaintiff Anaconda is a corporation organized and existing under the laws of Delaware, with its principal place of business in Austin, Texas.

8. Defendant AGHL is a company organized and existing under the laws of the Cayman Islands, with its principal place of business at 969 West Wen Yi Road, Yuhang District, Hangzhou, People's Republic of China. AGHL is a publicly listed holding company and the ultimate parent of AliCloud Singapore and AliCloud US. On information and belief, AGHL has its corporate affairs carried out by employees of its subsidiaries and affiliates.

9. Defendant AliCloud US is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 525 Almanor Avenue, 4th Floor, Sunnyvale, California 94085. AliCloud US may be served through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808. On information and belief, AliCloud US provides Alibaba Cloud services to customers in the United States.

10. On information and belief, Defendant AliCloud Singapore is a private limited company organized and existing under the laws of Singapore, with its principal place of business at Level 3, 51 Bras Basah Road, Singapore 189554. On information and belief, AliCloud Singapore provides Alibaba Cloud services to customers outside the United States, including mainland China and certain other regions.

11. AliCloud Singapore and AliCloud US are wholly owned subsidiaries of AGHL, and, together with AGHL's other affiliates, operate, market, and provide Alibaba's cloud-computing services ("Alibaba Cloud," or "Aliyun") worldwide. Alibaba Cloud provides services to thousands of enterprises, developers, and government organizations in more than 200 countries and regions, with 1 of its 13 global offices in the United States providing 24-hour English services. The Alibaba Defendants monitor and control software downloaded and used on Alibaba devices in order to identify the use of unauthorized software.

## JURISDICTION AND VENUE

12. This Court has subject matter jurisdiction over Anaconda's copyright claim pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has subject matter jurisdiction over Anaconda's breach of contract claim pursuant to 28 U.S.C. § 1367 because the Alibaba Defendants' breaches of Anaconda's Terms of Service form part of the same case or controversy as their infringement of Anaconda's copyright.

13. This Court has personal jurisdiction over all Alibaba Defendants because they are bound to the forum-selection clause in Anaconda's Terms of Service selecting Delaware as the exclusive forum to litigate disputes. Employees of AliCloud Singapore and AliCloud US agreed to the Terms of Service, containing the forum-selection clause, when downloading Anaconda's software. AGHL is also bound to the forum-selection clause. Employees of other Alibaba entities downloaded Anaconda's software on AGHL's behalf and for its benefit, and AGHL is so closely

related to those downloads, and to the Terms of Service governing them, that it is bound even though it did not itself click to accept.

14. Independently, this Court has personal jurisdiction over all Alibaba Defendants because they are estopped from denying assent to Anaconda's Terms of Service containing the Delaware forum-selection clause. In the litigation against the Alibaba Defendants in Texas state court, the Alibaba Defendants took the position that the Delaware forum-selection clause in the Terms of Service controls and covers Anaconda's claims against them. Attempting to defeat jurisdiction in Texas dictated by the forum-selection clauses in earlier versions of the Terms of Service, the Alibaba Defendants argued that the later Delaware forum-selection clause supersedes and voids earlier agreements. Having invoked that clause to resist jurisdiction in Texas, and having asserted that the Delaware forum-selection clause binds the parties as to any disputes relating to the Terms of Service, the Alibaba Defendants are bound by their own position and are estopped from now contesting personal jurisdiction or venue in this Court.

15. Independently, this Court has personal jurisdiction over AliCloud US because it is organized under the laws of Delaware and is therefore at home in this State.

16. Alternatively, if this Court finds that AGHL and AliCloud Singapore are not bound by the Terms of Service and its forum-selection clause, this Court has personal jurisdiction over AGHL and AliCloud Singapore pursuant to Federal Rule of Civil Procedure 4(k)(2) because Anaconda's copyright claim arises under federal law, and AGHL and AliCloud Singapore have contended that they are not subject to general jurisdiction in Texas and, on information and belief, are not subject to the jurisdiction of the courts of general jurisdiction of any state. Still, as part of the Alibaba Group, AGHL and AliCloud Singapore, or their agents or subsidiaries, copied

Anaconda's proprietary materials from Anaconda's servers located in the United States. Exercising jurisdiction is consistent with the United States Constitution and laws.

17. Venue is proper in this District because the parties agreed in the Terms of Service to resolve this dispute in this District. Independently, venue is proper in this District as to AliCloud US under 28 U.S.C. § 1400(a) because it resides in this District. Venue is proper in this District as to AGHL and AliCloud Singapore under 28 U.S.C. § 1391(c)(3) because they are not residents of the United States and may be sued in any judicial district.

## FACTUAL BACKGROUND

### I. ANACONDA'S CONDA PACKAGES AND THE CONDA ECOSYSTEM

18. Anaconda is a privately held American company founded in 2012 to simplify the management and deployment of scientific and analytic software packages so that researchers and businesses can easily leverage those data science packages in business data solutions. Thanks to Anaconda's innovations, including those described in this complaint, the demand for Anaconda's offerings has expanded. Today, Anaconda's footprint includes over 45 million users at more than one million companies worldwide.

19. Scientists, engineers, and researchers, particularly in the field of AI and machine learning, commonly use independently developed and maintained software packages to perform operations critical to their research and work. These "packages" are collections of software modules and functions that software developers can re-use to perform common tasks. For example, a developer performing a data analysis might want to use any number of common open-source packages—e.g., "pandas," a data analysis and manipulation tool, "NumPy," a tool that manipulates large arrays of numbers, and "SciPy," a tool that provides various mathematical modules used in science and engineering—to read and write data, perform numerical integration and interpolation, and use linear algebra, without having to write the necessary source code from

scratch. Developers commonly utilize and combine any number of these separate packages together in a single project, often using a development "environment" containing a specific collection of packages that a developer has installed. By using different environments for different projects, software developers ensure that packages within one environment remain independent of, and are unaffected by, packages used in another environment, much as using different user profiles on a computer allows users to keep their files and settings separated from those of other users. But packages do not always work well when installed together in the same environment, resulting in errors, security flaws, program failure, or inaccurate or unpredictable results.

20. Anaconda observed that data science programmers, for example, struggled to develop new programs and research because the hundreds—if not thousands—of individual software packages used in scientific computing were created and maintained by different organizations and individuals. In 2012, long before the current explosion of machine learning and AI development, Anaconda developed conda, an open-source package-management system and environment-management system designed to help programmers conduct scientific computing. Rather than leaving troubleshooting compatibility among and between packages to the individual software developer, conda automatically analyzes all of the software packages installed in a software environment, identifies all dependencies and compatibilities, and warns the developer if the packages cannot be installed together in a compatible way.

21. The conda package- and environment-management software is free and open source. But there is much more to using conda than just installing the conda software itself. In order to use packages in the conda environment, a user must install conda-compatible packages, or versions of software packages that have been specially prepared for the conda environment. Anyone can build a conda-compatible package, which contains the underlying software

distribution for the package, compiled objects for the package, a package-building recipe, and associated files enabling use of the package within the conda environment. But Anaconda created over 8,000 conda-compatible packages at considerable effort and expense that support applications including, for example, data science and AI. These conda-compatible packages in the Anaconda repository and Anaconda Distribution are free to use by an organization unless it has 200 or more employees and contractors, as described in Anaconda's Terms of Service.

22. Anyone can also create a conda "channel," or a location where conda-compatible packages are stored and can be downloaded by others. For example, "Bioconda" is a conda channel hosted by a volunteer community that contains conda-compatible packages related to biomedical research that are created by individual contributors, not Anaconda.

## II. THE ANACONDA SOFTWARE

23. One of Anaconda's most popular offerings, the Anaconda Distribution, provides everything a software developer needs to quickly get started programming by including the most commonly used data science, AI, and machine learning conda-compatible packages, and all the software needed to use those packages in a conda environment. The Anaconda Distribution bundles popular conda-compatible packages that enable a user-friendly experience with conda and configures those packages so that they are easy to install and use. The Anaconda Distribution currently includes access to:

- Over 600 default software packages curated for data science, machine learning, and data visualization, and the ability to access and download over 18,000 packages, all pre-configured and ready for deployment on Anaconda's platform;
- conda (Anaconda's cross-platform, language-agnostic command line package and environment manager);

- The latest version of the Python programming language supported by the Anaconda Distribution; and
- Anaconda Navigator (a graphical user interface for launching and managing packages and environments).

24. The over 600 conda-compatible packages in the Anaconda Distribution reflect the heart of the Anaconda Distribution and Anaconda's offerings. The Anaconda repository also offers thousands of additional conda-compatible versions of packages for research and development in AI, machine learning, and other data science. Although the underlying software packages contained within the Anaconda Distribution may be open source, the conda-compatible versions of those packages included within the Anaconda Distribution include material created by Anaconda developers, at significant burden and expense, reflecting creative choices by those developers. Anaconda securely hosts its conda-compatible packages and maintains, methodically tests, and updates the conda-compatible versions of those packages in the Anaconda Distribution and the Anaconda repository. All packages and libraries in the Anaconda Distribution and the Anaconda repository are pre-configured by Anaconda to ensure that the packages work with each other in a conda environment securely and without errors. Anaconda tracks changes to the conda-compatible packages and libraries it makes available, and Anaconda updates the Anaconda Distribution to ensure that any changes to underlying packages are accounted for and any necessary dependencies or conflicts are updated.

25. Anaconda's conda-compatible packages in the Anaconda Distribution and the Anaconda repository also provide Anaconda's users with the ability to manage their environments and ensure that packages continue to operate as expected and without errors when software is changed and updated. For example, when a new version of a given package is released that is

incompatible with a prior version of a different package, conda will warn a user about this incompatibility before updating the package. The pre-configured conda-compatible packages available through the Anaconda Distribution and the Anaconda repository include proprietary instructions developed by Anaconda that reflect information concerning package management, tracking, and security. While a programmer could separately download, compile, install, and test conda and the hundreds (if not thousands) of separately maintained software packages for compatibility, it would be burdensome for an individual programmer to undertake such a task. Since Anaconda's proprietary instructions within the Anaconda Distribution and the Anaconda repository ensure package compatibilities, users are no longer distracted by package management issues and can instead focus on using the packages for their own projects.

26. Curating and updating the Anaconda Distribution described above requires significant time and expense, and a substantial amount of network infrastructure and bandwidth is needed to make these repositories available to millions of Anaconda users on a daily basis. To keep up with the demand of offering its products to the public, in or about March 2020, Anaconda determined that it would be necessary to charge large commercial enterprises a licensing fee for the right to use the Anaconda Distribution.

## III. ANACONDA'S TERMS OF SERVICE

27. Anaconda makes the Anaconda Distribution available to the public for download, subject to Anaconda's Terms of Service. Packages within the Anaconda package repository are also available for download, subject to Anaconda's Terms of Service. Anaconda's March 31, 2024 Terms of Service specify that "registration, download, use, installation, access, or enjoyment of all Anaconda Offerings on behalf of an organization that has two hundred (200) or more employees or contractors ('Organizational Use') requires a paid license of Anaconda Business or Anaconda Enterprise." Anaconda revised the Terms of Service on July 15, 2025 to clarify that the 200-person

cap applied to an organization's "Affiliates," defined to be any legal entity under the organization's direct or indirect control.[1] Anaconda's public pricing page also specified up front that "Use of Anaconda's Offerings at an organization of more than 200 employees requires a Business or Enterprise license."[2]

28. As set forth below, the Alibaba Defendants have registered to, used, installed, downloaded, accessed, and/or mirrored the Anaconda Offerings without authorization. Anaconda revised its Terms of Service on March 31, 2024 ("March 2024 Terms of Service," attached as Ex. 1), and July 15, 2025 ("July 2025 Terms of Service," attached as Ex. 2). These two versions of the Terms of Service are collectively referred to as "Anaconda's Terms of Service." Since at least 2024, Anaconda's Terms of Service have been publicly available on its website.

29. Users agree to Anaconda's Terms of Service when they register to, use, install, download, or access the Anaconda Offerings. For example, the March 2024 Terms of Service state that "You hereby acknowledge that these TOS are binding, and You affirm and signify your consent to these TOS by registering to, using, installing, downloading, or accessing the Anaconda Offerings effective as of the date of first registration, use, install, download or access." Ex. 1 at p. 1.

30. Since March 2020, Anaconda has placed certain commercial restrictions on use of its proprietary material in the Anaconda Distribution and the packages within the Anaconda package repository. Anaconda's Terms of Service expressly prohibited large commercial entities—those with 200 or more employees and contractors, counting all those employees and contractors within affiliated entities—from using the Anaconda Distribution without purchasing a

---

[1]https://legal.anaconda.com/policies/en?name=terms-of-service#terms-of-service
[2]https://www.anaconda.com/pricing

license. At all relevant times, Anaconda's Terms of Service also expressly prohibited the Alibaba Defendants from downloading or mirroring Anaconda's repositories.[3]

31. Anaconda's March 2024 Terms of Service prohibited use of the Anaconda Distribution by organizations with 200 or more employees or contractors. In particular, the March 2024 Terms of Service provide:

> 2.1 Organizational Use. Your registration, download, use, installation, access, or enjoyment of all Anaconda Offerings on behalf of an organization that has two hundred (200) or more employees or contractors ("Organizational Use") requires a paid license of Anaconda Business or Anaconda Enterprise. For sake of clarity, use by government entities and nonprofit entities with over 200 employees or contractors is considered Organizational Use.

Ex. 1 at § 2.1.

32. The March 2024 Terms of Service define the Anaconda Offering as the "Anaconda Services, Anaconda software, Documentation, software development kits ('SDKs'), application programming interfaces ('APIs'), and any other items or services provided by Anaconda any Upgrades thereto under the terms of these TOS," including but not limited to the Anaconda Distribution and the Anaconda public repository. Ex. 1 at § 16.

33. Anaconda's March 2024 Terms of Service further provide, in part:

> 1.2 License Restrictions. Unless expressly agreed by Anaconda, You may not: (a) Make, sell, resell, license, sublicense, distribute, rent, or lease any Offerings available to anyone other than You or Your Users, unless expressly stated otherwise in an Order, Custom Agreement or the Documentation or as otherwise expressly permitted in writing by Anaconda; … (e) Permit direct or indirect access to or use of any Offerings or Third Party Services in a way that circumvents a contractual usage limit,

[3] "Mirroring" means to create an exact duplicate or copy of an entire repository, which is then used to supply individual packages to multiple end-users and is updated periodically based on updates to the original repository. As set forth below, on information and belief, one or more of the Alibaba Defendants have repeatedly mirrored Anaconda's proprietary material and stored complete copies on their own internal and external servers.

> or use any Offerings to access, copy or use any Anaconda intellectual property except as permitted under these TOS, a Custom Agreement, an Order or the Documentation; … (g) Copy Content except as permitted herein or in an Order, a Custom Agreement or the Documentation or republish any material portion of any Offering in a manner competitive with the offering by Anaconda, including republication on another website or redistribute or embed any or all Offerings in a commercial product for redistribution or resale; (h) Frame or Mirror any part of any Content or Offerings, except if and to the extent permitted in an applicable Custom Agreement or Order for your own Internal Use and as permitted in a Custom Agreement or Documentation; (i) Except and then solely to the extent required to be permitted by applicable law, copy, disassemble, reverse engineer, or decompile an Offering, or access an Offering to build a competitive service by copying or using similar ideas, features, functions or graphics of the Offering.

Ex. 1 at § 1.2.

34. Anaconda's current Terms of Service, effective July 15, 2025 (the "July 2025 Terms of Service"), apply to anyone who is "using, downloading, installing, or accessing the Platform or any Offerings," and provide that a person using the Platform "on behalf of" an entity binds that entity, in which case "'you' or 'your' means that entity and its Users." Ex. 2 § 1(a). They require a paid "Business Plan" for enterprise users, dictating:

> **b. When a Business Plan is Required.** You must pay for a 'Business Plan' Subscription from Anaconda if you are using the Platform on behalf of a for-profit organization with more than 200 total employees or contractors (including all Affiliates) and you do not qualify for free use under Section 1(a) of these Terms (When Your Use is Free).

*Id.* § 1(b). The Terms of Service define "Affiliate" to include any entity that "directly or indirectly controls, is controlled by, or is under common control with the relevant party," *id.* § 21.

35. The July 2025 Terms of Service further prohibit users from, among other things, copying Anaconda's offerings as follows:

> **Restrictions**. You may not, and may not allow any third party to: (i) sublicense or distribute the Platform or any Offering to anyone other than your Users (if you are entering these Terms on behalf of an organization);

> (ii) Allow any third-party to use the Platform or any Offering in an unauthorized manner; (iii) Embed the Platform or any Offering in any product or service provided to third parties without obtaining an additional Embedding license from Anaconda at cost. (iv) Frame or Mirror the Platform or any Offering, either directly or via a proxy, unless authorized by Anaconda; (v) modify, adapt, translate, or create derivative works of the Platform or Offerings, except to the extent permitted by applicable law; (vi) reverse engineer, decompile, disassemble, or otherwise attempt to derive the source code, algorithms, or underlying structure of the Platform or any Offering, except to the extent permitted by applicable law; (vii) circumvent, alter, or disable any security, access control, or license enforcement mechanisms included with the Platform or Offerings; (viii) use the Platform or any Offerings in any manner that violates applicable laws, regulations, or industry standards; or (iv) access or use the Platform or Offerings to build a competitive product or service.

Ex. 2 § 3. "Mirror" means "the act of duplicating, copying, or replicating an entire Offering or a component of an Offering," and "Embedding" means "incorporating Anaconda Content into another product or service as a built-in component or continually updating dependency of a larger software application." *Id.* § 21. The license granted is limited to "Internal Use," which "does not include Embedding an Offering in any product or service offered to third parties." *Id.* §§ 3, 21.

36. The July 2025 Terms of Service also make the user "responsible for ensuring that all your Users follow these Terms" and "responsible for any violations of these Terms by your Users," where "User" includes "any party, whether human or non-human, that downloads, installs, accesses, or uses the Platform or any Offerings." Ex. 2 § 5. For downloads without a username-based account, "[e]ach instance of download, access, or use . . . is counted as a separate unique User requiring an individual license." *Id.*

37. Anaconda has strived to apprise its users of the existence of Anaconda's Terms of Service and information within it. For instance, on the repo.anaconda.com page, below the download options for Anaconda installers, Anaconda packages, and miniconda installers, it links to the operative Terms of Service and explicitly states "[b]y using repo.anaconda.com, you affirm

that you comply with our recently updated Terms of Service,"[4] hyperlinking to the Terms of Service.

38. Anaconda's Plans and Pricing webpage[5] reiterates the commercial restriction in Anaconda's Terms of Service, stating "Licensing Note: Users within organizations with 200+ employees/contractors (including Affiliates) require a paid Business license. Academic and non-profit research institutions may qualify for exemptions. See: Terms of Service" and hyperlinking to Anaconda's Terms of Service.

39. With regard to at least every download, installation, or access of Anaconda's offerings by or on behalf of the Alibaba Defendants after March 31, 2024, Anaconda's Terms of Service constitute a valid, enforceable, and binding agreement between Anaconda and the Alibaba Defendants.

40. No Alibaba Defendant has ever paid for a license of Anaconda software, despite repeatedly agreeing to do so in the Terms of Service.

## IV. THE ASSERTED COPYRIGHTS AND PROTECTED MATERIAL

41. Anaconda is the owner of all rights, title, and interest in the copyrights in the works titled "Anaconda Distribution and Associated Packages Release 2024.02-01," registered with the U.S. Copyright Office as Registration No. TX-9-407-381; "Anaconda Distribution and Associated Packages Release 2024.06-1," Registration No. TX 9-544-140; "Anaconda Distribution and Associated Packages Release 2024.10-1," Registration No. TX 9-544-151; "Anaconda Distribution and Associated Packages Release 2025.06-0," Registration No. TX 9-544-157; "Anaconda Distribution and Associated Packages Release 2025.06-1," Registration No. TX 9-

[4] https://repo.anaconda.com/
[5] https://www.anaconda.com/pricing

545-364; "Anaconda Distribution and Associated Packages Release 2025.12-1," Registration No. TX 9-568-249; and "Anaconda Distribution and Associated Packages Release 2026.07-1," Registration No. TX 9-650-352 (collectively, the "Asserted Copyrights"). Copies of the certificates of registration are attached as Exs. 3-9.

42. The copyrighted works reflected in the Asserted Copyrights are seven releases of the Anaconda Distribution and the associated Anaconda conda-compatible packages between February 2024 and July 2026. As described above, the Anaconda Distribution provides everything software developers need to get started on developing AI, machine learning, and other data science projects as quickly and seamlessly as possible. It provides a comprehensive package- and environment-management system that allows users to install, run, and update packages and their dependencies for Anaconda's users' projects in a variety of science, engineering, and other data-intensive contexts.

43. The specific selection and arrangement of packages, libraries, code, and other files in the Anaconda Distribution represents the exercise of discretion and creativity of Anaconda's employees and engineers.

44. The Anaconda Distribution and associated conda-compatible packages also contain proprietary material that Anaconda's engineers and employees created at significant effort and expense ("Proprietary Components"), including the proprietary computer instructions critical to providing the smooth and easy user experience driving Anaconda's mission and business success. The Proprietary Components reflect Anaconda's own exercise of discretion, judgment, and design choices in describing how the various versions of the thousands of packages can optimally operate together. To take just one simple example among many, the "pandas" version 3.0.6 python package requires python to also be installed in the conda environment in order to run. The pandas

3.0.6 package could theoretically operate with a wide range of versions of python. But Anaconda developers, in creating the conda-compatible version of the pandas 3.0.6 package available in the Anaconda Distribution, made the judgment that only versions of python between 3.11 and 3.15—representing a few versions out of hundreds—should be installed with this package. Moreover, pandas 3.0.6 requires installation of not just python, but somewhere between thirty and forty other packages (depending on platform and build variant), each one of which requires multiple design decisions made by Anaconda's product and engineering teams. Anaconda developers exercised this sort of creative discretion and judgment—including for required dependencies, optional dependencies, and various build options within each package—thousands and thousands of times over in building the conda-compatible packages available in the Anaconda Distribution and Anaconda repository. Different developers could have made—and do make—different choices. By providing a design through which the packages can interoperate cooperatively with each other, the proprietary computer instructions developed by Anaconda operate as a blueprint for building AI development platforms within the conda environment.

45. Anaconda's Proprietary Components are extremely valuable and attract Anaconda's customers to its platform. Anaconda owns all rights to its Proprietary Components in all versions of the Anaconda Distribution.

## V. THE ALIBABA DEFENDANTS' UNAUTHORIZED USE OF THE ANACONDA DISTRIBUTION AND ASSOCIATED PACKAGES.

46. According to the "About Us" page of the Alibaba Group's website, the Alibaba Group was founded in 1999 with the belief that the Internet would allow businesses "to grow and compete more effectively in the domestic and global economies," and it now describes itself as "a global technology company focused on AI + Cloud and commerce" that supplies "full-stack AI capabilities and services, from applications to compute infrastructure" to consumers and

enterprises.[6] The Alibaba Group identifies Alibaba Cloud among its core businesses, alongside international platforms such as AliExpress, Lazada, and Alibaba.com. *Id.* On information and belief, entities within the Alibaba Group maintain offices around the world, including the United States. AGHL is the ultimate parent of AliCloud Singapore and AliCloud US, through which it markets and delivers Alibaba Cloud services to customers around the world, including in the United States.

47. Alibaba Cloud's website[7] describes a business with substantial reach into the United States. Alibaba Cloud states that it serves approximately 5 million customers globally and that its global infrastructure covers the United States, among other locations. *Id.* It touts a network of 12,000 global partners that includes U.S. companies. *Id.* Alibaba Cloud also features U.S.-based companies, including NVIDIA, IBM, and Accenture, among its customers. *Id.*

48. Employees and/or other individuals acting at the direction or on behalf of one or more of the Alibaba Defendants agreed to Anaconda's Terms of Service by registering to, using, installing, downloading, accessing, and/or repackaging the Anaconda Distribution or component parts thereof, including Anaconda Distribution installers and/or the conda-compatible packages maintained on Anaconda's public repository.

49. On information and belief, AGHL and its affiliates have had more than 200 employees or contractors since at least March 2024. AGHL has never paid for any license of Anaconda software.

---

[6] https://www.alibabagroup.com/en-US/about-alibaba.
[7] https://www.alibabacloud.com/en/about.

50. On information and belief, AliCloud US and its affiliates have had more than 200 employees or contractors since at least March 2024. AliCloud US has never paid for any license of Anaconda software.

51. On information and belief, AliCloud Singapore and its affiliates have had more than 200 employees or contractors since at least March 2024. AliCloud Singapore has never paid for any license of Anaconda software.

52. Although the Alibaba Defendants embedded Anaconda Software in Alibaba Cloud products and services offered to third parties, including by preinstalling it in Alibaba Cloud products sold to customers, none of the Alibaba Defendants has ever paid any additional embedding fees as required by the Anaconda Terms of Service.

53. The Alibaba Defendants also accessed and used the Anaconda Software to build their own Alibaba Cloud offerings that repackaged Anaconda Software for Alibaba Cloud customers, in breach of the Anaconda Terms of Service.

54. The Alibaba Defendants, through their employees and/or other persons acting on their behalf or at their direction, agreed to Anaconda's Terms of Service when those individuals registered for, used, installed, downloaded, accessed, embedded, and/or repackaged Anaconda Software. On information and belief, AGHL conducts its corporate affairs through its affiliates, and devices used by personnel of those affiliates who perform AGHL's corporate functions, including its compliance, disclosure, and financial reporting as a listed company, downloaded, installed, accessed, or used Anaconda Software on AGHL's behalf.

55. Anaconda's investigation since March 31, 2024 identified more than 1.4 million downloads of Anaconda's packages and installers that, on information and belief, are connected

or attributable to Alibaba employees. Anaconda also identified over 870,000 downloads of Anaconda's packages and installers before March 31, 2024.

56. Anaconda's repositories, from which the Alibaba Defendants downloaded the packages and installers, are maintained on servers located in the U.S.

57. The Alibaba Defendants also operated publicly accessible mirrors of Anaconda's repositories, including at mirrors.aliyun.com/anaconda and developer.aliyun.com/mirror/anaconda, which copied, embedded, and repackaged Anaconda Software, including the Proprietary Components, and made it available for download by Alibaba personnel and by the public, including Alibaba Cloud customers.

58. Alibaba has also preinstalled Anaconda Software in Alibaba Cloud's "platform for AI" ("PAI") used for AI training and inference applications, such that Anaconda Software was included by default and made available to PAI users. AliCloud US has sold PAI services, including PAI's "EAS Service," to customers in the United States.

59. The Alibaba Defendants have infringed, and continue to infringe, Anaconda's Asserted Copyrights by registering to, using, accessing, copying, mirroring, and/or distributing the Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components, without Anaconda's authorization.

60. On information and belief, the Alibaba Defendants, without Anaconda's authorization, reproduce and create derivative works based on Anaconda's Proprietary Components and other protected elements of the Anaconda Distribution by using the Anaconda Distribution and associated conda-compatible packages, including the Proprietary Components, for internal development purposes.

61. The Alibaba Defendants allow their employees, and/or other individuals acting at their direction or on their behalf, to use the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components, without Anaconda's authorization.

62. While the Anaconda Distribution and Anaconda's conda-compatible packages include some open-source features and components, the Alibaba Defendants' reproduction of, and creation of derivative works based on, the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components, are not limited to those open-source components. The Alibaba Defendants copied and improperly used entire conda-compatible packages precisely as released by Anaconda, including all components protected by the Asserted Copyrights.

63. The Alibaba Defendants, through their employees, and/or other individuals acting at their direction or on their behalf, violate Anaconda's exclusive right under the Asserted Copyrights to export the Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components, outside the United States when they download the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components, in territories outside the United States without Anaconda's authorization, including in China.

64. The Alibaba Defendants have known of Anaconda's rights from the outset, upon registering, using, accessing, installing, and/or downloading Anaconda Software, which requires assent to Anaconda's Terms of Service—an agreement that expressly describes Anaconda's intellectual property rights. The Alibaba Defendants have thus been on notice of the license requirement and the mirroring prohibition since at least March 31, 2024.

65. Anaconda did not rush to this litigation. On April 15, 2024, Anaconda filed an action against the Alibaba Defendants for breach of the Terms of Service in Texas state court, Cause No. D-1-GN-24-002361, which Anaconda dismissed without prejudice in May 2024 while the parties discussed resolution. Those discussions were unsuccessful, and on November 20, 2024, Anaconda renewed its contract claims in the same court, *Anaconda Inc. v. Alibaba Group Holding Ltd.*, Cause No. D-1-GN-24-009474 (the "Texas Action"). On March 31, 2025, rather than addressing the merits of Anaconda's claims, the Alibaba Defendants filed a verified special appearance contesting personal jurisdiction in Texas, arguing in part that the case must be litigated in Delaware pursuant to the forum-selection clause in the Terms of Service since March 31, 2024. Even during the litigation, the Alibaba Defendants continued to infringe Anaconda's copyright by using the Anaconda Software without authorization.

66. The Alibaba Defendants cannot claim they did not know they needed to pay for licenses. The Alibaba Defendants knew or should have known they needed a license to use Anaconda's intellectual property since at least March 2020, because the Terms of Service that governed every download spelled out the license requirement for large enterprises. And the Alibaba Defendants knew or should have known they needed a license to use Anaconda's intellectual property no later than April 15, 2024, when Anaconda first sued the Alibaba Defendants.

**COUNT I**

**Direct Copyright Infringement**

67. Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1-66 as if fully set forth herein.

68. Anaconda owns the Asserted Copyrights, which are valid and enforceable and protect all copyrightable elements of the Anaconda Distribution and the associated conda-

compatible packages, including Proprietary Components that Anaconda's engineers and employees created at significant effort and expense.

69. The Asserted Copyrights were properly registered with the U.S. Copyright Office prior to the initiation of this action.

70. The Alibaba Defendants lack authorization, license, or permission from Anaconda to reproduce, prepare derivative works based on, distribute, or export the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights.

71. Through the acts alleged above, the Alibaba Defendants have violated, and continue to violate, Anaconda's exclusive rights to authorize reproduction, preparation of derivative works, distribution, and exportation of the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights, in violation of 17 U.S.C. §§ 106, 501, and 602.

72. The Alibaba Defendants, without authorization, have downloaded and continue to download, install, access, and use protectable elements of the Anaconda Distribution and Anaconda's associated conda-compatible packages, including the Proprietary Components, that Anaconda's engineers and employees created at significant effort and expense.

73. The Alibaba Defendants were aware, and remain aware, that they have improperly downloaded, installed, accessed, and used, and continue to improperly download, install, access, and use, those protected elements of the Anaconda Distribution and Anaconda's associated conda-compatible packages, including the Proprietary Components.

74. The Alibaba Defendants' violations of Anaconda's exclusive rights were, and continue to be, knowing, intentional, and willful.

75. As a direct and proximate result of the Alibaba Defendants' infringement, Anaconda has suffered and continues to suffer harm in an amount to be proven at trial. Anaconda is entitled to recover from the Alibaba Defendants, in amounts to be determined at trial, the damages it has sustained and will sustain, and any gains, profits, and advantages obtained by the Alibaba Defendants through their reproduction, use, preparation of derivative works, distribution, and/or exportation of the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights. At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Anaconda but will be established according to proof at trial.

76. Anaconda is also entitled to a permanent injunction that will prevent the Alibaba Defendants from further benefiting from exploitation of the Anaconda Distribution without authorization.

## COUNT II

### Vicarious Copyright Infringement

77. Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1-76 as if fully set forth herein.

78. On information and belief, Alibaba Group employees received authorization or assent from the Alibaba Defendants to download, use, mirror, and export the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights, without authorization from Anaconda.

79. As a result, Alibaba Group employees downloaded, used, mirrored, and exported the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights, without authorization from Anaconda. This violated Anaconda's exclusive rights to authorize reproduction, preparation

of derivative works, distribution, and exportation of the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights.

80. On information and belief, the Alibaba Defendants received direct financial benefit from this infringement, in the form of lower cost of development of new software offerings and sales of infringing software offerings.

81. The Alibaba Defendants had the right and ability to control the downloading, use, mirroring, and exporting by the Alibaba Group employees who used the Anaconda Distribution and associated conda-compatible packages to develop the Alibaba Defendants' new software offerings and include the Anaconda Distribution and associated packages in the Alibaba Defendants' software offerings. The Alibaba Defendants could have instructed the Alibaba Group employees who supported the Alibaba Defendants' business operations to cease—and used technical tools to prohibit—downloading, using, mirroring, and exporting the Anaconda Distribution and associated conda-compatible packages, but the Alibaba Defendants failed to exercise their right and ability to control the infringing activity.

82. As a direct and proximate result of the Alibaba Defendants' vicarious infringement, Anaconda has suffered and continues to suffer harm in an amount to be proven at trial. Anaconda is entitled to recover from the Alibaba Defendants, in amounts to be determined at trial, the damages it has sustained and will sustain, and any gains, profits, and advantages obtained by the Alibaba Defendants through their acts of vicarious infringement of the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights. At present, the amount of such damages, gains,

profits, and advantages cannot be fully ascertained by Anaconda but will be established according to proof at trial.

83. Anaconda is also entitled to a permanent injunction that will prevent the Alibaba Defendants from further benefiting from exploitation of the Anaconda Distribution and associated packages without authorization.

**COUNT III**

**Contributory Copyright Infringement**

84. Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1–83 as if fully set forth herein.

85. Since Anaconda first published Terms of Service requiring organizations of 200 or more employees to pay for an enterprise license in March 2020, and by no later than when Anaconda first sued the Alibaba Defendants for unlawful use of its software on April 15, 2024, the Alibaba Defendants knew or had reason to know that they required an enterprise license to download and use the Anaconda Distribution, and that their own employees, or the Alibaba Group employees working for the benefit of and at the direction of the Alibaba Defendants, were reproducing, using, preparing derivative works based on, distributing, and exporting the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights.

86. But the Alibaba Group employees working for the benefit of and at the direction of the Alibaba Defendants continued to reproduce, use, prepare derivative works based on, distribute, and export the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights.

87. The Alibaba Defendants induced, caused, or materially contributed to the Alibaba Group employees' infringement by directing or approving the infringing use of Anaconda software

for the development of new Alibaba offerings and the infringing incorporation of Anaconda software in Alibaba offerings.

88. The Alibaba Defendants can take simple steps to stop infringement by the Alibaba Group employees. On information and belief, although the Alibaba Defendants have the ability to control the Alibaba Group employees' use of Anaconda software, they have failed to exercise that control to stop the infringing activity, and the Alibaba Group employees have continued to reproduce, use, and distribute the Anaconda Distribution and associated conda-compatible packages without authorization.

89. As a direct and proximate result of the Alibaba Defendants' contributory infringement, Anaconda has suffered and continues to suffer harm in an amount to be proven at trial. Anaconda is entitled to recover from the Alibaba Defendants, in amounts to be determined at trial, the damages it has sustained and will sustain, and any gains, profits, and advantages obtained by the Alibaba Defendants through their acts of contributory infringement of the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyrights. At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Anaconda but will be established according to proof at trial.

90. Anaconda is also entitled to a permanent injunction that will prevent the Alibaba Defendants from further benefiting from exploitation of the Anaconda Distribution and associated conda-compatible packages without authorization.

## COUNT IV

### Breach of Contract

91. Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1–90 as if fully set forth herein.

92. The Alibaba Defendants agreed to Anaconda's Terms of Service when they, or persons acting for them, registered for, downloaded, installed, accessed, or used Anaconda Offerings after March 31, 2024 and again after July 15, 2025. The Anaconda Terms of Service are valid and enforceable contracts.

93. When the Alibaba Defendants agreed to the Anaconda Terms of Service, the Alibaba Defendants entered into a valid, enforceable, and binding contract with Anaconda.

94. Anaconda performed its obligations under the Anaconda Terms of Service.

95. The conduct described above of the Alibaba Defendants, including their use, access, installation, downloading, embedding, and repackaging, resulted in a material breach after March 31, 2024 of Anaconda's Terms of Service by the Alibaba Defendants.

96. As a direct and proximate result of the Alibaba Defendants' multiple breaches of their contractual obligations under the Anaconda Terms of Service, Anaconda has suffered and continues to suffer harm in an amount to be proven at trial.

97. Unless enjoined by this Court, ongoing conduct by one or more of the Alibaba Defendants will cause great and irreparable harm to Anaconda, and Anaconda has no adequate or other remedy at law for such acts.

## PRAYER FOR RELIEF

WHEREFORE, Anaconda respectfully requests that the Court enter judgment in its favor and against the Alibaba Defendants and grant the following relief:

A. Judgment of infringement of the Asserted Copyrights;

B. Judgment of breach of contract;

C. A permanent injunction ordering the Alibaba Defendants, and their officers, directors, members, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with them, who receive actual notice of the injunction order by personal

or other service, to cease all acts of direct copyright infringement relating to the use of the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components;

D. A permanent injunction that includes all terms necessary to prevent and restrain infringement of the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components;

E. An award of actual damages and/or the Alibaba Defendants' profits pursuant to 17 U.S.C. § 504(b) or, at Anaconda's election, statutory damages pursuant to 17 U.S.C. § 504(c), including enhanced statutory damages for willful infringement;

F. An award of damages for breach of contract in an amount to be proven at trial;

G. Any additional damages, including punitive or exemplary damages, as the Court determines is appropriate and/or to deter willful infringement;

H. An accounting and/or supplemental damages to account for harm occurring after any discovery cut-off;

I. An order impounding and/or destroying all infringing copies pursuant to 17 U.S.C. § 503, including, as necessary, while this action is pending;

J. An order awarding Anaconda's costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505, and pre-judgment and post-judgment interest; and

K. Such other and further relief, at law or in equity, as the Court deems just and proper.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Anaconda demands a trial by jury on all issues so triable.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiff Anaconda, Inc.*

OF COUNSEL:

Shannon Turner
Molly Melcher
Garner Kropp
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
(415) 875-2300
sturner@fenwick.com
mmelcher@fenwick.com
gkropp@fenwick.com

Dated: November 13, 2026